In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00243-CV
_____

WATERTOWN DEVELOPMENT, LLC, Appellant/Cross-Appellee

V.

SHELL PIPELINE COMPANY, L.P., Appellee/Cross-Appellant

On Appeal from the County Court at Law No. 2
Orange County, Texas
Trial Cause No. 22911

## MEMORANDUM OPINION

The appellant and cross-appellee, Watertown Development, LLC, and the appellee and cross-appellant, Shell Pipeline Company, L.P., jointly filed an agreed motion to dismiss this appeal. The motion is voluntarily made by the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on December 9, 2015
Opinion Delivered December 10, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.